No. 12–5483.  ZAMBRELLA v. LOCKETT, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 12–5485.  GOODRICH v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI.  C. A. 8th Cir.  Certiorari denied.

No. 12–5486.  HOBBS v. TAMPKINS, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–5487.  CONTRERAS v. SHARTLE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 12–5488.  JONES v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 12–5490.  LAFUENTE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 12–5492.  SILVA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–5493.  SHIPPY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–5494.  ROSALES-TRUJILLO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–5497.  WESTERLUND v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 12–5502.  DE LA ROSA v. NEW YORK CITY POLICE DEPARTMENT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 12–5503.  HARRISON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–5504.  ZELEKE v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–5505.  ZELEKE v. NASA HEADQUARTERS.  C. A. 4th Cir.  Certiorari denied.

No. 12–5509.  SPIVEY v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.